UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JESSE H. JAMES, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 5:16-CV-35-D** |
| | ) | |
| GUARDIAN FALL PROTECTION, | ) | |
| INC., GF PROTECTION INC., | ) | |
| HUGS ONE, L.L.C., LEND | ) | |
| LEASE (US) PUBLIC | ) | |
| PARTNERSHIPS LLC, ATLANTIC | ) | |
| MARINE CORPS COMMUNITIES | ) | |
| LLC, LEND LEASE (US) PPP | ) | |
| INC., LEND LEASE (US) PUBLIC | ) | |
| PARTNERSHIPS HOLDINGS | ) | |
| LLC, ACTUS LEND LEASE LLC, | ) | |
| LEND LEASE (US) | ) | |
| CONSTRUCTION INC., | ) | |
| HILLARY HAWKINS, | ) | |
| ANNETTE PERALES, and | ) | |
| DAVID BOLLENBACHER, | ) | |
| Defendants. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** plaintiffs motion to remand [D.E. 24] is GRANTED. Plaintiffs request for attorney's fees is DENIED. Defendants' motion for extension of time to file answer [D.E. 28] is DENIED AS MOOT. The action is remanded to Wayne County Superior Court.

SO ORDERED. This 5th day of April, 2016.

**This Judgment Filed and Entered on April 5, 2016, and Copies To:**

| | |
|---|---|
| Benjamin H. Whitley | (via CM/ECF Notice of Electronic Filing) |
| Douglas B. Abrams | (via CM/ECF Notice of Electronic Filing) |
| Margaret S. Abrams | (via CM/ECF Notice of Electronic Filing) |
| Noah Breen Abrams | (via CM/ECF Notice of Electronic Filing) |

James C. Thornton                    (via CM/ECF Notice of Electronic Filing)

Brian Michael Williams               (via CM/ECF Notice of Electronic Filing)

Rodney E. Pettey                     (via CM/ECF Notice of Electronic Filing)


DATE:                                JULIE RICHARDS JOHNSTON, CLERK

April 5, 2016                        (By)  /s/ Nicole Briggeman

                                          Deputy Clerk